AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Kenneth Morgan<br><br>Defendant(s) | Case No. 8:25-mj-03645-NHA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 12, 2025  in the county of  Sarasota  in the
Middle District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting in interstate commerce a threat to injure |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Ronald Daniels, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: December 4, 2025

*Judge's signature*

City and state:  Tampa, FL    HONORABLE NATALIE HIRT ADAMS, U.S.M.J.
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ronald Daniels, being first duly sworn, hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 19, 2015. I have received basic law enforcement training at the FBI Academy in Quantico, Virginia. I am currently assigned to the FBI's Tampa Field Office, where I am responsible for conducting and assisting in Domestic Terrorism investigations, and white-collar crimes. I have investigated financial crimes for nearly six years. My training included instruction on investigative tools and criminal law, such as the development and identification of probable cause to support applications to intercept wire and electronic communications. I have become well versed in the methodology utilized in criminal conspiracies and activities. I have arrested numerous individuals for various criminal violations.

2. I submit this affidavit in support of a criminal complaint charging Kenneth Morgan ("**MORGAN**"), a U.S. citizen who resides in North Port, Florida, with transmitting in interstate commerce a threat to injure, in violation of 18 U.S.C. § 875(c).

3. The statements contained in this affidavit are based on my personal knowledge and experience, and reliable information from other law enforcement

officers and computer databases. Because of the limited purpose of this affidavit, I have not included each and every fact known to me. Rather, I have included only those facts necessary to establish probable cause supporting the requested complaint.

## PROBABLE CAUSE

4.  **MORGAN** is the owner and operator of the public X account @anonNymous16703 with the vanity name "Victory." A screenshot of **MORGAN's** X Account is depicted below:



5.  On or about March 14, 2025, in the United States, **MORGAN** posted the following directed at Government officials from his X account:

    a. "[Government Official 1] Blow your brains out or you will have to kill your children in front of your wife before you cut her into mm's with tablesaws like they tried to force suicide on me with antichrist in vermont to bring me to florida concentration camps(house imprisonment/poverty)."

    b. "[Government Official 2] you have to blow your brains out on live tv in taiwan in the name of betraying china on the second

2

coming or else you will have to kill your entire family with your own hands."

6. On the same day, **MORGAN** also posted the following messages on his X account:

   c. "If [Government Official 1] says islam is terrorism again instead of telling you there was revelations fo an antichrist in usa and starts giving the details he should just be killed on the spot. This isn't the best way to initiate war but between [Government Official 1 and 2] theyve worked for kufr too long."

   d. "[Government Official 3] wants to stay in power anti-drug anti-islam for usa facade/bullshit leadership to be the dominant leadership/popularity on the planet; supporting dea and the antichrist is what he did the first agenda;" X.com user "Victory" (@AnonNymous16703) further posted on the same thread, stating, "and he appears to be going this route any signs of it without backing down needs to be killed immediately he is status quo murder/genocide/anti-salvation."

   e. "I'm getting done with how hard im being pushed by antichrist in my own house; do not judge the way corrupt usa government deserves to be treated; god has already judged this case and I have to get them killed where found; while being murdered 24/7 this is deserved. burn the flags", the user continued on the same thread, stating, "I am being too abused by antichrist and followers murderously in my own house to not return fire on governors of the untied states in ways to kill them by caliphate."

   f. "You will be doing this for me to behead the entire dea including yourself Revealing the details of the antichrist/crimes that coincide w/revelation to understand it to the world or die as enemy of mankind. Dea is too in the wrong to allow you to stay alive; even if submissive."

7. Subscriber information received from X for the account @anonNymous16703 revealed the following:

   Established: February 22, 2025
   Email Address: anon130777@gmail.com

3

IP Address: 47.199.147.192

8. Subscriber information obtained from Frontier Communications revealed that the IP address 47.199.147.192 is associated with:

Name: Kenneth Morgan
Address: 6128 Talbot St., North Port, Florida.
Email Address: Merchant1307@gmail.com

9. On May 7, 2025, FBI agents interviewed **MORGAN** at his home. During the interview, **MORGAN** spoke about the United States government's role in inciting violence in the world and its inability to protect its citizens. During the interaction, **MORGAN became** more visibly agitated and demonstrative while speaking with investigators. **MORGAN** admitted to being active on social media but denied being the owner of the X account @anonNymous16703 and threatening anyone on social media. Morgan did, however, advise that he has several accounts that he uses to communicate online.

10. In connection with his posts, Florida Law Enforcement also moved for a Risk Protection Order ("RPO") against **MORGAN**. The purpose of the RPO is to limit **MORGAN's** access to firearms and ammunition. On July 16, 2025, the RPO was granted for **MORGAN** and as a result, he is not permitted to purchase a firearm for a year. **MORGAN** was also mandated to complete a mental health and substance abuse evaluation within 30 days.

11. Two days before the hearing, on July 14, 2025, **MORGAN** visited flgov.com and wrote an email to Government Official 4. The email stated:

> "It appears the thought recording group that is corrupt and has twitter edited in ways to silence me to not reach you when they want as social media get edited for this corruption
>
> [Government Official 4] If you cannot stop the court case on 7/16/2025 for [ kenneth morgan - @AnonNymous16703 ] in north port the fbi has setup against me then I will likely be ordering your family to be beat to death in front of you. You will probably be beat to beat your kids to death yourself."

12. In his email, he disclosed that his name was "Kenneth MORGAN" and referenced his RPO hearing discussed in ¶ 10 above. He also referenced the X account @AnonNymous16703, which as explained above, is associated with Kenneth **MORGAN**. In the email, **MORGAN** also provided the email Merchant1307@gmail.com which, as explained above, is associated with the IP address associated with @AnonNymous16703.

13. On September 5, 2025, federal agents received information regarding threatening messages sent to Sebring City Council from email account Merchant1307@gmail.com. The emails containing the following statements:

   a. " If I get drugged for the truth that was avoided in my new case to be mental warded I am going to be ordering russia/china to get every mayor/governor/leader of florida into concentration camps alive and you will have to cut your dick into over a hundred pieces starting at the heads; you will have to cut off your own dicks in small slices."

   b. "If I am drugged by florida while I was abused by usa government to force me into this garbage ass fucking state you better be prepared to cut off your dick within the next few years you are stopping me from being drugged or getting brutal executions and your cops wont save you from chinese/russian/muslim authority giving me allegiance in war to take your lives for corruption/lieing about me as ain innocent to take my life incarcerating me for the thought recording that is abusing me and trying to manipulate me to look mentally ill and murderous since they were

liars trying to kill me that got to thought record me and are trying to upkeep the lie to ruin my life drug and incarcerate me to take years of my life without me living."

c. "If you cannot stop me kenneth morgan from being drugged by the sarasota court 1m ordering every florida leader to live in a concentration camp you are getting worse than death and I will be having you beat on a daily basis; having to cut your skin on your face and rip it all off; you will hae to kill your children with bare hands and cut off your penises"

d. "If the usa drugs me ever again you will face consequences trump is already going to be caught alive to kill his entire family by hand in the upcoming war becuase 1m ordering it personally and you have no choice but to watch war on usa florida specifically for the thought recording and if you deny me and drug me you are going to have to kill your entire families by hand I am threatened by usa government to lose my life as an innocent and this government deserves war for continuing to murder/end my life while im innocent and the originals on thought recording know they are killing me innocent while not proven guilty ending my life with incarcerations to not live."

e. "Sebring and Moore Haven mandatorily have to goto war and lose. You will probably not have a single building left in either area for the case of jeff carper with fbi tied to moore havan and sebring criminals"

14. Subscriber information obtained from Merchant1307@gmail.com revealed that the account is associated with the IP Address 47.198.124.160.

15. Subscriber information obtained from Frontier Communications for the IP Address 47.198.124.160 revealed the following:

Name: Kenneth Morgan
Address: 6128 Talbot St., North Port, Florida.
Email Address: Merchant1307@gmail.com

16. On September 6, 2025, the X account @anonnymou55067 posted that "[s]ince the dea are forcing gay sex I want their leader captured alive and concentration camped to do things like cut off his own penis they have been trying to

force gay sex desiring to distort me as a transexual/gay for 20 years"

17. Subscriber information obtained from X for the account @anononymou55607 revealed the following:

> Established: January 30, 2024
> Email Address: anonmail130777@gmail.com
> User Creation IP: 47.198.125.104
> September 6, 2025 IP Address:47.198.124.160

18. IP Audit information obtained from X for the account @anononymou55607 revealed that the September 6 post, see ¶ 16, was made from the same origination IP Address 47.198.125.160.

19. Subscriber information obtained from Frontier Communications relating to the IP Address 47.198.124.160 revealed:

> Name: Kenneth Morgan
> Address: 6128 Talbot St., North Port, Florida.

20. A review of this account also revealed that on July 15, 2025, the user of the account @anononymou55607, posted "[p]repare for all dea in America to be killed where found Liberation of usa is coming about time people get to live free with laws where they can be innocent until proven guilty Liberation may have already of started and you all have to die nothing else should be accepted."

21. Additionally, on September 12, 2025, the public X account @anononymou55067 made the following post "My orders as a prophet is to kill every single dea member in the country if they do not quit their jobs and submit to islam."

22. Opensource research confirms that **MORGAN**'s threats traveled through interstate commerce via X's data servers. On December 3, 2025, your affiant reviewed an article dated December 30, 2022, on siliconangle.com regarding the closing of a Data Center located in Sacramento, California. The article was titled "Twitter reportedly closes Sacramento data center as part of cost-cutting initiative." The article explained that since Twitter, now known as X, was acquired by Elon Musk he sought to reduce costs by closing data centers. After the closing of the Sacramento data center, the remaining open data centers are located in Atlanta and Portland. Your affiant reviewed another article dated May 22, 2025, on wired.com titled "Fire Breaks Out at a Data Center Leased by Elon Musk's X." The author explains that due to the closing of the Sacramento data center in 2022 more than 2,573 server racks were moved to X's Portland and Atlanta data centers. Other open source searches all came back with the same results of the X's servers being located Sacramento, Portland and Atlanta. Your affiant was unable to locate any X servers or datacenters within the State of Florida.

23. From my training and experience, I know that 18 U.S.C. § 875(c) prohibits the transmitting in interstate or foreign commerce any communication containing any threat to injure the person of another. The existence of a threat depends on what the statement conveys to the recipient of the message. To not infringe on the First Amendment, the threat must be a "true threat," which is a serious threat—not idle talk, a careless remark, or something said jokingly—that is made under circumstance that would place a reasonable person in fear of being

injured or in fear of another person being injured, and the speaker must intend to issue a threat, have knowledge that the communication will be viewed as a threat, or be aware that others could regard the statement as threatening violence.

24. Based on my training, experience, and knowledge of the investigation, I have probable cause to believe that, in creating and publishing the above threats, **MORGAN** made true threats, in violation of 18 U.S.C. § 875(c). I have probable cause to believe that **MORGAN** acted at least recklessly and was aware that others could regard his statements as threatening violence when he created and published them. All of the above threats would place a reasonable person in fear of being injured or in fear of another person being injured.

## CONCLUSION

25. Based on the foregoing information, I respectfully submit that probable cause exists to believe that Kenneth **MORGAN** knowingly transmitted in interstate

9

commerce a true threat to injure the person of another, in violation of 18 U.S.C. § 875(c) (transmitting in interstate commerce a threat to injure). Accordingly, I request issuance of the proposed Complaint and Arrest Warrant.

_____
Ronald Daniels
Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this 4th day of December 2025.

_____
HONORABLE NATALIE HIRT ADAMS
United States Magistrate Judge