UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 8:25-cr-579-TPB-TAW

KENNETH BRADLEY MORGAN    18 U.S.C. § 875(c)
(Threat to Injure)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Threat to Injure)

On or about March 14, 2025, in the Middle District of Florida, and elsewhere, the defendant,

KENNETH BRADLEY MORGAN,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, that is, U.S. GOVERNMENT OFFICIAL 1, including "[U.S. GOVERNMENT OFFICAL 1] Blow your brains out or you will have to kill your children in front of your wife before you cut her into mm's with tablesaws like they tried to force suicide on me with antichrist in vermont to bring me to florida concentration camps(house imprisonment/poverty)," with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

## COUNT TWO
### (Threat to Injure)

On or about March 14, 2025, in the Middle District of Florida, and elsewhere, the defendant,

KENNETH BRADLEY MORGAN,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, that is, U.S. CITIZEN 1, including, "[U.S. CITIZEN 1] you have to blow your brains out on live tv in taiwan in the name of betraying china on the second coming or else you will have to kill your entire family with your own hands," with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,



_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Karyna Valdes
Assistant United States Attorney

By: _____
Michael Sinacore
Assistant United States Attorney
Chief, Special Prosecutions Section

FORM OBD-34
December 25

No. _____

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

KENNETH BRADLEY MORGAN

INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill,



_____
Foreperson

Filed in open court this 18th day

of December 2025.

*Ashley Sanders*
_____
Clerk

Bail $ _____

GPO 863 525