**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:25-cr-579-TPB-GDP**

**KENNETH MORGAN.**
**_________________________________/**

## TIME-SENSITIVE MOTION TO CONTINUE TRIAL TERM BY THREE CYCLES AND TO EXCUSE COUNSEL FROM STATUS CONFERENCE

Defendant, Kenneth Morgan, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term by three cycles, to the March 2027 trial term, and to excuse counsel from appearing at the status conference scheduled for November 16, 2026. This motion is time-sensitive because counsel requests a ruling on the appearance requirement before the status conference scheduled for Monday, November 16, 2026, at 9:30 a.m. As grounds in support thereof, undersigned counsel states:

1. On December 18, 2025, an Indictment was filed charging Mr. Morgan with two counts of Threat to Injure, in violation of 18 U.S.C. § 875(c). Doc. 12.
2. On February 3, 2026, a competency hearing was conducted before the Honorable Natalie H. Adams. Following that hearing, the Court found

Mr. Morgan incompetent to proceed and ordered that he be committed to the custody of the Bureau of Prisons for competency restoration. Doc. 26.

3. This matter has been continued on multiple occasions while Mr. Morgan undergoes competency restoration. Most recently, on August 21, 2026, this Court entered an Order resetting the trial term and excluding time under the Speedy Trial Act through November 30, 2026. Doc. 34.

4. Mr. Morgan is presently housed at the Federal Medical Center in Butner, North Carolina, where he is undergoing competency restoration services. Undersigned counsel has not received any report or update from FMC Butner regarding Mr. Morgan's progress toward restoration or his anticipated completion of treatment.

5. Counsel has maintained communication with Mr. Morgan. Based on those conversations, counsel has no reason to believe that Mr. Morgan's competency has been restored. In counsel's assessment, Mr. Morgan remains incompetent to proceed.

6. Accordingly, counsel requests a three-cycle continuance to the March 2027 trial term to allow Mr. Morgan to continue receiving competency restoration services and to permit the parties and the Court to obtain

further information concerning his competency status.

7. A status conference is presently scheduled for Monday, November 16, 2026, at 9:30 a.m. before this Court. Doc. 35. Given Mr. Morgan's continuing competency issues and the absence of any substantive update from FMC Butner, counsel respectfully requests that the Court excuse counsel's appearance at that conference and accept the information provided in this motion as a status update. Should the Court determine that a conference remains necessary, counsel alternatively requests permission to appear telephonically.

8. Additionally, undersigned counsel will be out of town on November 16, 2026, traveling in connection with an unrelated case and will therefore be unable to attend the scheduled status conference in person. Counsel respectfully requests that his appearance be excused in light of this scheduling conflict and the status update provided herein.

9. Mr. Morgan remains subject to the Court's finding of incompetence, and counsel cannot presently certify his informed consent to a trial continuance under Local Rule 3.08(b). Counsel therefore requests that the Court exercise its authority to continue the trial term based on the existing competency determination and ongoing restoration proceedings, without treating this motion as a personal waiver of Mr.

Morgan's speedy-trial rights.

10 Undersigned has conferred with Assistant United States Attorney Karyna Valdes, who has advised that the government consents to the requested continuance and does not oppose counsel's request to be excused from the status conference.

## MEMORANDUM OF LAW

Local Rule 3.08 requires a party seeking a continuance to timely explain why the continuance is warranted. Mr. Morgan's ongoing incompetency and placement at FMC Butner for restoration services justify the requested continuance. Under 18 U.S.C. § 3161(h)(1)(A) and (h)(4), delay attributable to competency proceedings and a defendant's incompetence to stand trial is excluded from the Speedy Trial Act calculation. Additionally, under § 3161(h)(7)(A), the Court may exclude delay resulting from a continuance upon finding that the ends of justice served outweigh the interests of the public and the defendant in a speedy trial. The requested continuance will permit the ongoing competency restoration process to proceed and allow counsel to obtain further information regarding Mr. Morgan's condition before the parties resume substantive proceedings. The request is made in good faith, in the interest of justice, and not for purposes of unnecessary delay. This motion concerns trial scheduling and does not seek to enlarge any

period of commitment or treatment authorized under 18 U.S.C. § 4241(d).

**WHEREFORE**, Defendant Kenneth Morgan respectfully requests that this Honorable Court enter an Order:

1. Continuing the trial term by three cycles, to the March 2027 trial term, and making the appropriate findings under 18 U.S.C. § 3161(h); and
2. Excusing defense counsel from appearing at the November 16, 2026, status conference and accepting this motion as a status update.

DATED this 13th day of November 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Karyna Valdes, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender